May 12th 2015

01-15-00402-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 18 2015

CHRISTOPHER A. PRINE

CLERK

Clerk of the Court
First Appellate District
1307 San Jacinto, 10th Floor
Houston, Texas 77002

RE: APPOINTMENT OF APPELLATE COUNSEL; Cause No. 586939, 337th District Court

Dear Clerk,

Please advise the Court that I filed a Notice Of Appeal concerning a ruling based on the "Court Clerk's Order" pertaining to a Nunc Pro Tunc that I had filed with the Court.

I am requesting "Appointment Of Counsel" to do the actual agrument in this matter, but since the Judge of the 337th District Court obviously didn't rule on the Nunc Pr Tunc, the paperwork I received was was from the Court's Clerk, and not an Order by the Court, nor signed by the Judge of the Court.

I would like to have Counsel appointed, and I would appreciate it if the Court would Order it done.

Thank you for your time and consideration in this matter.

Respectfully Submitted,

Birshal Mitchel, TDCJ-CID #630503
William G. McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

Birshal Mitchel, TDCJ-CID #00630503
William G. McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
13 MAY 2015 PM 7 3

Clerk Of The First Appellate District Court
1307 San Jacinto, 10th Floor
Houston, Texas 77002

7700270180B



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 18 2015

CHRISTOPHER A. PRINE
CLERK